IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DESMOND J. DICKERSON,

    Plaintiff,

v.

CITY OF OAKLAND, ET AL.,

    Defendants.

No. C 10-00435 JSW

**ORDER TO SHOW CAUSE**

By order dated February 22, 2010, this Court set a case management conference for June 4, 2010 at 1:30 p.m. The order required that all parties appear through lead counsel or counsel sufficiently well versed in the matter to enable counsel to discuss all items referred to in the order and with authority to enter stipulations, to make admissions, and to agree to further scheduling dates.

Gayla B. Libet and John I. Burris and, counsel for Plaintiff Desmond J. Dickerson, without leave of Court or notice to any of the parties, failed to appear at the case management conference on June 4, 2010, in violation of Civil L. R. 16-10(c). Accordingly, the Court hereby issues an ORDER TO SHOW CAUSE why monetary sanctions in the amount of $250 should not be imposed on both counsel.

Ms. Libet and Mr. Burris shall both separately respond in writing by June 11, 2010 as to why such sanctions should not be imposed.

Lastly, due to his repeated failure to appear before this Court, Mr. Burris is admonished that in all cases before the undersigned where he is listed as lead counsel, Mr. Burris must

personally appear or file a request otherwise prior to *any* scheduled court appearance.

**IT IS SO ORDERED.**

Dated: June 4, 2010

　　　　　　　　　　　　　　　　　　　　　　
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE