**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DESMOND J. DICKERSON,

    Plaintiff,

v.

CITY OF OAKLAND, ET AL.,

    Defendants.

                                     /

No. C 10-00435 JSW

**ORDER OF REFERRAL FOR SETTLEMENT CONFERENCE**

      Pursuant to Northern District Local Rule 72-1, this matter is HEREBY REFERRED randomly to one of the listed Magistrate Judges – Judge Maria-Elena James, Judge James Larson or Judge Joseph C. Spero – for the purposes of a settlement conference to be completed, if possible, by no later than September 2, 2010. If you do not hear from the Court regarding an assignment to a Magistrate Judge within 14 days, please contact this Court's Courtroom Deputy, Jennifer Ottolini at 415-522-4173.

      **IT IS SO ORDERED.**

Dated: June 4, 2010

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Ellen Fritz