IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DESMOND J. DICKERSON,

    Plaintiff,

    v.

CITY OF OAKLAND, ET AL.,

    Defendants.

No. C 10-00435 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

By order dated February 22, 2010, this Court set a case management conference for June 4, 2010 at 1:30 p.m. The order required that all parties appear through lead counsel or counsel sufficiently well versed in the matter to enable counsel to discuss all items referred to in the order and with authority to enter stipulations, to make admissions, and to agree to further scheduling dates.

Gayla B. Libet and John I. Burris, counsel for Plaintiff Desmond J. Dickerson, without leave of Court or notice to any of the parties, failed to appear at the case management conference on June 4, 2010, in violation of Civil L. R. 16-10(c). Accordingly, on June 4, 2010, the Court issued an order to show cause why monetary sanctions in the amount of $250 should not be imposed on both counsel.

Ms. Libet responded in writing on June 10, 2010 indicating that she had slept through the case management conference. This is not a satisfactory reason for missing a court appearance. Accordingly, the Court assesses a sanction of $245 to be paid to the Clerk of the Court. The Court suggests that the remaining $5 of the intended sanction be expended on the

purchase of an alarm clock.

Mr. Burris is again admonished that in all cases before the undersigned where he is listed as lead counsel, Mr. Burris must personally appear or file a request otherwise prior to *any* scheduled court appearance.  He may determine, in any particular case, not to be listed as lead counsel.  However, in those cases in which he is so designated, the admonition shall apply.  Because in this matter he was listed as lead counsel and is responsible for not having attended the case management conference on June 4, 2010, the Court assesses the full sanction in the amount of $250 against him to be paid to the Clerk of Court.

Both sanctions shall be paid no later than June 18, 2010 with a proof of such payment by the same day.  Accordingly, the order to show cause dated June 4, 2010 is hereby discharged.

**IT IS SO ORDERED.**

Dated: June 11, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2