JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, Suite 3
Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324

Attorneys for Plaintiff DESMOND J. DICKERSON

WILLIAM E. SIMMONS, Esq., Supervising Trial Attorney/SB # 121286
ARLENE ROSEN, Esq., Senior Deputy City Attorney/SB # 100160
One Frank Ogawa Plaza, Sixth Floor
Oakland, CA 94612
Telephone: (510) 238-6520 (William E. Simmons, Esq.
Telephone: (510) 238-6392 (Arlene Rosen, Esq.)
Facsimile: (510) 238-6500

Attorneys for Defendants CITY OF OAKLAND, WAYNE G. TUCKER,
JASON MITCHELL, JOSEPH FOREMAN, and JOSEPH FONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESMOND J. DICKERSON,<br><br>Plaintiff,<br>PROPOSED ORDER FOR<br><br>FOR COMPLETION vs.<br>OF SETTLEMENT CONFERENCE<br><br>CITY OF OAKLAND, a municipal corporation;<br>WAYNE G. TUCKER, in his capacity as Chief of Police<br>for CITY OF OAKLAND; JASON MITCHELL,<br>JOSEPH FOREMAN, and JOSEPH FONG, individually,<br>and in their capacity as police officers for CITY OF<br>OAKLAND; and, DOES 1-25, inclusive<br><br>Defendants. / | Action No. C-10-00435-JSW (JL)<br><br>STIPULATION ~~AND~~ FOR<br><br>EXTENSION OF TIME<br>AND ORDER THEREON |

## STIPULATION

All parties to this action stipulate and agree, by and through their respective counsel, as follows:

1. The original defense counsel, Stephen Q. Rowell, Esq., is no longer employed by the City of Oakland. Therefore, Arlene Rosen, Esq., has just been assigned to work as defense counsel on this case;

2. Ms. Rosen is on vacation from August 16, 2010 to August 20, 2010;

3. Further, Ms. Rosen as a trial scheduled for September 13, 2010;

4. The parties have not yet served written discovery on each other, which will, of course, not be responded to until at least 33 days after service. Also, counsel have not yet conducted any depositions in this case;

5. The parties cannot conduct a meaningful Settlement Conference until preliminary discovery has been completed; and,

6. Therefore, the parties request that this Court extend the time for completion of Settlement Conference from the presently scheduled date August 27, 2010 at 2:00 p.m. to ~~a date sixty (60) to ninety (90) days from that date.~~ November 5, 2010.

                                                                Respectfully submitted,

                                                                LAW OFFICES OF GAYLA B. LIBET

Dated:_____ By: /s/_____
                                                                         GAYLA B. LIBET, Esq.
                                                                         Attorneys for Plaintiff


                                                               LAW OFFICES OF JOHN L. BURRIS

Dated:_____ By: /s/_____
                                                                         JOHN L. BURRIS, Esq.
                                                                         Attorneys for Plaintiff


                                                OAKLAND CITY ATTORNEY'S OFFICE
                                                WILLIAM E. SIMMONS, Supervising City
Attorney                                                            ARLENE
ROSEN, Senior Deputy City Attorney


Dated:_____ By: /s/_____
                                                                         WILLIAM E. SIMMONS, Esq.
                                                                         Attorneys for Defendants

## ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature, indicated as "/s/" within this E-filed document.

Dated:_____  By: /s/_____
GAYLA B. LIBET, Esq.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 23, 2010

_____
HONORABLE ~~JAMES LARSON~~
Jeffrey S. White
United States ~~Magistrate~~ District Court Judge