JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, Suite 3
Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324

Attorneys for Plaintiff DESMOND J. DICKERSON

WILLIAM E. SIMMONS, Esq., Supervising Trial Attorney/SB # 121286
ARLENE ROSEN, Esq., Senior Deputy City Attorney/SB # 100160
One Frank Ogawa Plaza, Sixth Floor
Oakland, CA 94612
Telephone: (510) 238-6520 (William E. Simmons, Esq.
Telephone: (510) 238-6392 (Arlene Rosen, Esq.)
Facsimile: (510) 238-6500

Attorneys for Defendants CITY OF OAKLAND, WAYNE G. TUCKER,
JASON MITCHELL, JOSEPH FOREMAN, and JOSEPH FONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DESMOND J. DICKERSON, | Action No. C-10-00435-JSW (JL) |
|---|---|
| Plaintiff, | **STIPULATION AND (PROPOSED) ORDER FOR EXTENSION OF TIME FOR COMPLETION OF SETTLEMENT CONFERENCE** |
| vs. | |
| CITY OF OAKLAND, a municipal corporation; WAYNE G. TUCKER, in his capacity as Chief of Police for CITY OF OAKLAND; JASON MITCHELL, JOSEPH FOREMAN, and JOSEPH FONG, individually, and in their capacity as police officers for CITY OFOAKLAND; and, DOES 1-25, inclusive | |
| Defendants. | |

**STIPULATION AND (PROPOSED) ORDER FOR EXTENSION OF TIME FOR COMPLETION OF
SETTLEMENT CONFERENCE**
No. C-10-00435-JSW (JL)

1

**STIPULATION**

All parties to this action stipulate and agree, by and through their respective counsel, as follows:

1. John L. Burris, lead counsel, will be out of town on 11-5-10;

2. The parties have not yet completed written discovery. Also, counsel have not yet conducted any depositions in this case;

3. The parties cannot conduct a meaningful Settlement Conference until preliminary discovery has been completed; and,

4. Therefore, the parties request that this Court extend the time for completion of Settlement Conference from the presently scheduled date, November 5, 2010 at 10:00 a.m., to a date offered by Venise Thomas as an available date on Judge Larsen's calendar, February 18, 2011 at 10:00 a.m..

Respectfully submitted,

LAW OFFICES OF GAYLA B. LIBET

Dated:_____ By: /s/_____
GAYLA B. LIBET, Esq.
Attorneys for Plaintiff

LAW OFFICES OF JOHN L. BURRIS

Dated: November 1, 2010 By: /s/ John L. Burris
JOHN L. BURRIS, Esq.
Attorneys for Plaintiff

Case3:10-cv-00435-JSW Document31 Filed11/02/10 Page2 of 3

2

**STIPULATION AND (PROPOSED) ORDER FOR EXTENSION OF TIME FOR COMPLETION OF SETTLEMENT CONFERENCE**
No. C-10-00435-JSW (JL)

OAKLAND CITY ATTORNEY'S OFFICE
WILLIAM E. SIMMONS, Supervising City Attorney
ARLENE ROSEN, Senior Deputy City Attorney

Dated: November 1, 2010    By: /s/ *Arlene Rosen*
                            ARLENE ROSEN, Esq.
                            Attorneys for Defendants

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature, indicated as "/s/ " within this E-filed document.

Dated: November 1, 2010    By: /s/
                            GAYLA B. LIBET, Esq.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 2, 2010    *James Larson*
                            HONORABLE JAMES LARSON
                            United States Magistrate District Court Judge

**STIPULATION AND (PROPOSED) ORDER FOR EXTENSION OF TIME FOR COMPLETION OF SETTLEMENT CONFERENCE**
No. C-10-00435-JSW (JL)

3