JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, Suite 3
Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324

Attorneys for Plaintiff DESMOND J. DICKERSON

WILLIAM E. SIMMONS, Esq., Supervising Trial Attorney/SB # 121286
ARLENE ROSEN, Esq., Senior Deputy City Attorney/SB # 100160
One Frank Ogawa Plaza, Sixth Floor
Oakland, CA 94612
Telephone: (510) 238-6520 (William E. Simmons, Esq.
Telephone: (510) 238-6392 (Arlene Rosen, Esq.)
Facsimile: (510) 238-6500

Attorneys for Defendants CITY OF OAKLAND, WAYNE G. TUCKER,
JASON MITCHELL, JOSEPH FOREMAN, and JOSEPH FONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DESMOND J. DICKERSON, | Action No. C 3:10-cv-00435-JSW (JL) |
|---|---|
| Plaintiff, | **STIPULATION AND (PROPOSED) ORDER TO CONTINUE SETTLEMENT CONFERENCE AND FOR EXTENSION OF TIME FOR COMPLETION OF SETTLEMENT CONFERENCE** |
| vs. | |
| CITY OF OAKLAND, a municipal corporation; WAYNE G. TUCKER, in his capacity as Chief of Police for CITY OF OAKLAND; JASON MITCHELL, JOSEPH FOREMAN, and JOSEPH FONG, individually, and in their capacity as police officers for CITY OF OAKLAND; and, DOES 1-25, inclusive | |
| Defendants. | |

**STIPULATION AND (PROPOSED) ORDER TO CONTINUE SETTLEMENT CONFERENCE
AND FOR EXTENSION OF TIME FOR COMPLETION OF SETTLEMENT CONFERENCE**
No. C-10-00435-JSW (JL)

1

## STIPULATION

All parties to this action stipulate and agree, by and through their respective counsel, as follows:

1. The parties are currently scheduled for a Settlement Conference on February 18, 2011;

2. Defendants have unsuccessfully tried to take the deposition of Plaintiff Desmond Dickerson and the Plaintiff intends to take the depositions of Defendants Jason Mitchell, Joseph Foreman, and Joseph Fong;

3. The parties cannot conduct a meaningful Settlement Conference until the depositions of Plaintiff Desmond Dickerson and Defendants Jason Mitchell, Joseph Foreman, and Joseph Fong have been completed; and,

4. Therefore, the parties' request that the Settlement Conference currently set for February 18, 2011 is vacated and continued to an available date on Judge Larsen's calendar. The parties have been in contact with Magistrate Judge James Larson Clerk, Venice Thomas regarding dates; however, the parties have not yet secured a date that is mutually convenient to all the parties, due to matters previously set on their respective calendars;

5. Therefore, in addition to the parties request that the current Settlement Conference of February 18, 2011 be vacated and continued to a later date and the parties request that the Court grant the parties request an Extension of Time for Completion of Settlement Conference of sixty (60) to ninety (90) days by which the parties are to conduct the settlement conference.

Respectfully submitted,

LAW OFFICES OF GAYLA B. LIBET

Dated: February 17, 2011   By: /s/ _____
GAYLA B. LIBET, Esq.
Attorneys for Plaintiff

2

**STIPULATION AND (PROPOSED) ORDER TO CONTINUE SETTLEMENT CONFERENCE
AND FOR EXTENSION OF TIME FOR COMPLETION OF SETTLEMENT CONFERENCE**
No. C-10-00435-JSW (JL)

LAW OFFICES OF JOHN L. BURRIS

Dated: February 17, 2011  By: /s/ *John L. Burris*
    JOHN L. BURRIS, Esq.
    Attorneys for Plaintiff


OAKLAND CITY ATTORNEY'S OFFICE
WILLIAM E. SIMMONS, Supervising City Attorney
ARLENE ROSEN, Senior Deputy City Attorney

Dated: February 17, 2011  By: /s/ *Arlene Rosen*
    ARLENE ROSEN, Esq.
    Attorneys for Defendants

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature, indicated as "/s/ " within this E-filed document.

Dated: February 17, 2011  /s/
    GAYLA B. LIBET, Esq.

**STIPULATION AND (PROPOSED) ORDER TO CONTINUE SETTLEMENT CONFERENCE
AND FOR EXTENSION OF TIME FOR COMPLETION OF SETTLEMENT CONFERENCE**
No. C-10-00435-JSW (JL)

3

1
2 **<u>ORDER</u>**
3
4   PURSUANT TO STIPULATION, IT IS SO ORDERED.
5
6
7 Dated: February 18, 2011        _____
8                                  HONORABLE JAMES LARSON
                                   United States Magistrate District Court Judge
9
10
...
28

4

**STIPULATION AND (PROPOSED) ORDER TO CONTINUE SETTLEMENT CONFERENCE
AND FOR EXTENSION OF TIME FOR COMPLETION OF SETTLEMENT CONFERENCE**
No. C-10-00435-JSW (JL)