1  JOHN L. BURRIS, Esq./ State Bar # 69888
   LAW OFFICES OF JOHN L. BURRIS
2  7677 Oakport Street, Suite 1120
3  Oakland, CA 94621
   Telephone: (510) 839-5200
4  Facsimile: (510) 839-3882

5  GAYLA B. LIBET, Esq./ State Bar # 109173
6  LAW OFFICES OF GAYLA B. LIBET
   486 41st Street, Suite 3
7  Oakland, CA 94609
   Telephone and Facsimile: (510) 420-0324
8

9  Attorneys for Plaintiff DESMOND J. DICKERSON

10 WILLIAM E. SIMMONS, Esq., Supervising Trial Attorney/SB # 121286
11 ARLENE ROSEN, Esq., Senior Deputy City Attorney/SB # 100160
   One Frank Ogawa Plaza, Sixth Floor
12 Oakland, CA 94612
   Telephone: (510) 238-6520 (William E. Simmons, Esq.
13 Telephone: (510) 238-6392 (Arlene Rosen, Esq.)
   Facsimile: (510) 238-6500
14

15 Attorneys for Defendants CITY OF OAKLAND, WAYNE G. TUCKER,
   JASON MITCHELL, JOSEPH FOREMAN, and JOSEPH FONG
16

17

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

| DESMOND J. DICKERSON, | Action No. C-10-00435-JSW (JL) |
|---|---|
| Plaintiff, | **STIPULATION AND (PROPOSED) ORDER FOR EXTENSION OF TIME TO DISCLOSE EXPERT WITNESSES AND COMPLETE DISCOVERY; AND EXTENSION OF TIME FOR COMPLETION OF SETTLEMENT CONFERENCE** |
| vs. | |
| CITY OF OAKLAND, a municipal corporation; WAYNE G. TUCKER, in his capacity as Chief of Police for CITY OF OAKLAND; JASON MITCHELL, JOSEPH FOREMAN, and JOSEPH FONG, individually, and in their capacity as police officers for CITY OFOAKLAND; and, DOES 1-25, inclusive | |
| Defendants. | |

---

1

**STIPULATION AND (PROPOSED) ORDER FOR EXTENSION OF TIME TO DISCLOSE EXPERT WITNESSES AND COMPLETE DISCOVERY; AND EXTENSION OF TIME FOR COMPLETION OF SETTLEMENT CONFERENCE**
No. C-10-00435-JSW (JL)

1    All parties to this action stipulate and agree, by and through their respective counsel,
2 as follows:
3    1. That depositions of at least four (4) percipient witnesses have not yet been taken, but
4 are being scheduled for late May 2011 and early June 2011. Good cause exists for taking
5 percipient witnesses' depositions after the discovery cut-off date of <u>5-9-11</u>, because the
6 witnesses and counsel for all parties have been unavailable for taking their depositions until
7 after that date;
8    2. Magistrate Judge James Larson is retiring from the bench on May 31, 2011, and
9 therefore the parties will need reassignment of this matter to another Magistrate Judge for
10 Settlement Conference. The parties have agreed that they would like to have Magistrate
11 Judge Joseph C. Spero be assigned to preside at the Settlement Conference at a date to be
12 arranged;
13    3. Good cause exists for extending the time to disclose expert witnesses; complete non-
14 expert discovery; and complete expert discovery because: (a) It would be advantageous to all
15 parties to re-schedule the disclosure of expert witnesses and completion of expert discovery
16 until after the Settlement Conference date to be arranged, since the Settlement Conference my
17 result in resolution of the case; and, (b) ) It would be advantageous to all parties to re-
18 schedule cut-off date for non-expert discovery after percipient witnesses are deposed, at a date
19 prior to the Settlement Conference date to be arranged;
20    4. The parties have agreed that they cannot conduct a meaningful Settlement Conference
21 at this time for the above-stated reasons;
22    5. Therefore, good cause appearing, and counsel have conferred and agreed, the parties
23 request that this Court continue the date for completion of Settlement Conference scheduled
24 for <u>May 18, 2011</u> to a date approximately forty-five (45) days from that date;
25    6. Additionally, the parties request that the discovery cut-off date for non-expert witnesses
26 of <u>5-9-11</u>; disclosure of expert witnesses date of <u>5-24-11</u>; and, discovery cut-off date for

2

**STIPULATION AND (PROPOSED) ORDER FOR EXTENSION OF TIME TO DISCLOSE EXPERT WITNESSES AND COMPLETE DISCOVERY; AND EXTENSION OF TIME FOR COMPLETION OF SETTLEMENT CONFERENCE**
No. C-10-00435-JSW (JL)

expert witnesses of 6-8-11; be re-scheduled by two months, based on the above-stated reasons.

Respectfully submitted,

Dated: May 24, 2011                By:    /s/
    JOHN L. BURRIS, Esq.
    LAW OFFICES OF JOHN L. BURRIS
    Attorneys for Plaintiff

Dated: May 24, 2011                By:    /s/
    GAYLA B. LIBET, Esq.
    LAW OFFICES OF GAYLA B. LIBET
    Attorneys for Plaintiff

OFFICE OF THE OAKLAND CITY ATTORNEY

Dated: May 24, 2011                By:    /s/
    ARLENE M. ROSEN, Esq.
    Attorneys for Defendants

**STIPULATION AND (PROPOSED) ORDER FOR EXTENSION OF TIME TO DISCLOSE EXPERT WITNESSES AND COMPLETE DISCOVERY; AND EXTENSION OF TIME FOR COMPLETION OF SETTLEMENT CONFERENCE**
No. C-10-00435-JSW (JL)

3

1
2
3                                    **ORDER**
4
   PURSUANT TO STIPULATION, IT IS SO ORDERED.
5    The last day to complete a settlement conference is continued to July 20, 2011.
     The last day to complete non-expert discovery is continued to July 13, 2011.
6    The last day to complete expert disclosures is continued to August 3, 2011.
7    The last day to complete expert discovery is contined to August 17, 2011.

8
9  DATED: May 25, 2011                        _____
                                              JEFFREY S. WHITE
10                                            United States District Court Judge

11   The last day to hear dispositive motions is continued to September 9, 2011 at 9:00 a.m.
     The pretrial conference is continued to November 14, 2011 at 2:00 p.m.
12   Trial is continued to December 5, 2011 at 8:00 a.m.
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                                                                    4
**STIPULATION AND (PROPOSED) ORDER FOR EXTENSION OF TIME TO DISCLOSE EXPERT
WITNESSES AND COMPLETE DISCOVERY; AND EXTENSION OF TIME FOR COMPLETION OF
SETTLEMENT CONFERENCE**
No.  C-10-00435-JSW (JL)