JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
E-Mail: john.burris@johnburrislaw.com

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, Suite 3
Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324
E-Mail: glibet@sbcglobal.net

Attorneys for Plaintiff

ARLENE M. ROSEN/ State Bar # 100160
Senior Deputy City Attorney
OAKLAND CITY ATTORNEY'S OFFICE
One Frank Ogawa Plaza, Sixth Floor
Oakland, CA 94612
Telephone: (510) 238-6392
Facsimile: (510) 238-6500
E-Mail: Arosen@oaklandcityattorney.org

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESMOND J. DICKERSON,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND, a municipal orporation; WAYNE G. TUCKER, in his capacity as Chief of Police for CITY OF OAKLAND; JASON MITCHELL, JOSEPH FORMAN, JASON FONG, individually, and in their capacity as police officers for CITY OF OAKLAND; and, DOES 1-25, inclusive,<br><br>        Defendants.        / | Action No. C-10-00435-JSW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO DISCLOSE EXPERTS AND EXPERT REPORTS; AND TO EXTEND TIME TO COMPLETE EXPERT DISCOVERY** |

## STIPULATION

All parties to this action stipulate and agree, by and through their respective counsel, as follows:

1. That the following good cause exists for extending the time for disclosure of expert witnesses and expert reports; for extending the time for expert discovery to be completed; and for extending the cut-off date for hearing of dispositive motions;

2. Judge Larson was originally the Magistrate Judge with whom there was to be a Settlement Conference in this case. It was scheduled for on August 27, 2011. Since the retirement of Judge Larson from this Court, Magistrate Judge Jacqueline Scott Corley has been assigned as the Magistrate Judge who will schedule and preside at Settlement Conference in this case. The date of September 2, 2011 has been selected for the Settlement Conference;

3. By extending the time for disclosure of expert witnesses and expert reports; and extending the time for expert discovery to be completed, the parties may not have to bear the cost of retaining experts, should the case settle prior to the requested new extended dates for expert disclosure and discovery;

4. As set forth in the Court's Order, dated 5-25-11, the Pretrial Conference is scheduled for 11-14-11 at 2:00 p.m., and the scheduled date for Trial is 12-5-11 at 8:00 a.m.. Therefore, the parties' request for extension of deadlines should not interfere with the presently scheduled pretrial and trial dates set by the Court; and,

5. For all the good cause reasons stated above, the parties respectfully request, that the following dates set forth in the Court's Order, dated 5-25-11, be extended, as follows:

(A) That the date for disclosure of expert witnesses and expert reports be extended from August 3, 2011 to October 12, 2011;

(B) That the cut-off date for completion of expert discovery be extended from August 17, 2011 to November 3, 2011; and,

(C) That the last date to hear dispositive motions be extended from September 9, 2011 at 9:00 a.m. to ~~October 20, 2011.~~ October 21, 2011 at 9:00 a.m.

LAW OFFICES OF GAYLA B. LIBET

Dated: 8-2-11    By: /s/   *Gayla B. Libet, Esq.*
                      GAYLA B. LIBET, Esq.
                      Attorneys for Plaintiff

STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO DISCLOSE EXPERTS
AND EXPERT REPORTS;
 AND EXPERT REPORTS; AND TO EXTEND TIME TO COMPLETE EXPERT DISCOVERY       2

LAW OFFICES OF JOHN L. BURRIS

Dated: 8-2-11     By: /s/     *John L. Burris*
                         JOHN L. BURRIS, Esq.
                         Attorneys for Plaintiff


OFFICE OF THE OAKLAND CITY ATTORNEY

Dated: 8-2-11     By: /s/     *Arlene M. Rosen, Esq.*
                         ARLENE M. ROSEN, Esq.
                         Attorneys for Defendants


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 2, 2011

HONORABLE JEFFREY S. WHITE
United States District Court Judge