JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA  94621
Telephone:  (510) 839-5200
Facsimile:  (510) 839-3882

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486  41st Street, Suite 3
Oakland, CA  94609
Telephone and Facsimile:  (510) 420-0324

Attorneys for Plaintiff DESMOND J. DICKERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESMOND J. DICKERSON,<br><br>             Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND, a municipal corporation; WAYNE G. TUCKER, in his capacity as Chief of Police for CITY OF OAKLAND;  JASON MITCHELL, JOSEPH FOREMAN, and JOSEPH FONG, individually, and in their capacity as police officers for CITY OF OAKLAND; and, DOES 1-25, inclusive<br>             Defendants. | Action No. C 3:10-cv-00435-JSW (JSC)<br><br>**STIPULATION FOR DISMISSAL AND ORDER** |

On September 2, 1011, the parties reached a tentative settlement agreement in this case before the Honorable Magistrate Judge Jacqueline Scott Corley. The agreement is subject only to the final approval of the Oakland City Council. Accordingly, It is hereby stipulated and agreed by and between the parties in consultation with their respective attorneys, and by their attorneys, that this case be

dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing shall Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

LAW OFFICES OF GAYLA B. LIBET

Dated: October 6, 2011    By: /s/   *Gayla B. Libet*
                  GAYLA B. LIBET, Esq.
                  Attorneys for Plaintiff

LAW OFFICES OF JOHN L. BURRIS

Dated: October 6, 2011    By: /s/ *John L. Burris*
                  JOHN L. BURRIS, Esq.
                  Attorneys for Plaintiff

OAKLAND CITY ATTORNEY'S OFFICE
WILLIAM E. SIMMONS, Supervising City Attorney
ARLENE ROSEN, Senior Deputy City Attorney

Dated: October 11, 2011    By:  /s/ *Arlene Rosen*
                  ARLENE ROSEN, Esq.
                  Attorneys for Defendants

2

**STIPULATION FOR DISMISSAL AND ORDER**
No.  C-10-00435-JSW (JSC)

1
2 **<u>ORDER</u>**
3
4 PURSUANT TO STIPULATION, the above captioned case is dismissed in its
5 entirety with prejudice; provided, however, that if any party hereto shall certify to this
6 Court, within ninety (90) days, with proof of service of a copy thereon to opposing
7 counsel, that the agreed consideration for said settlement has not been delivered
8 over, the foregoing Order shall stand vacated and this case shall forthwith be
9 restored to the calendar to be set for trial.
10
11 IT IS SO ORDERED.
12
13
14 Dated: October 12, 2011
15 HONORABLE JEFFREY S. WHITE
United States District Court Judge
16
17
18
19
20
21
22
23
24
25
26
27
28